UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRITTANY WRIGHT, an individual,

                Plaintiff,

     -against-

IT WORKS! GLOBAL, INC., a Florida
corporation; and DOES 1-10, inclusive,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  __12/16/2025__

25 Civ. 8952 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      Having reviewed Plaintiff's letter, ECF No. 10, the Court holds that Plaintiff's complaint and letter include "an averment of facts that, if credited by the ultimate trier of fact, would suffice to establish jurisdiction over the defendant." *Krisko v. Marvel Ent., LLC*, 473 F. Supp. 3d 288, 297 (S.D.N.Y. 2020) (quotation omitted); *see also* N.Y. C.P.L.R. § 302(a)(3)(ii).  Therefore, venue is proper in this district, *see* 28 U.S.C. § 1391(b)–(c), and this matter shall proceed in this Court, without prejudice to future challenges to venue and/or personal jurisdiction.

      SO ORDERED.

Dated: December 16, 2025
      New York, New York

_____
ANALISA TORRES
United States District Judge